FILED
2018 Aug-14 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>ARLINGTON PROPERTIES, INC., HILLSIDE VILLAGE, LLC, and TWICKENHAM VILLAGE, LLC<br><br>     Defendants. | CIVIL ACTION NO.<br>2:18-cv-01284-RFP |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Plaintiff, Tokio Marine Specialty Insurance Company, pursuant to FED. R. CIV. P. 7.1, and to enable the District Judges and Magistrate Judges to evaluate possible disqualification or recusal, makes the following disclosures:

Tokio Marine Specialty Insurance Company is a wholly owned subsidiary of Tokio Marine Holdings, Inc. Tokio Marine Holdings, Inc. is a publicly traded Japanese Insurance Holding Company. Tokio Marine Holdings, Inc. owns Tokio Marine & Nichido Fire Insurance Company, Ltd.,

{B2914728}

which owns Tokio Marine North America, Inc., which owns Philadelphia Consolidated Holding Corp., which owns Tokio Marine Specialty Insurance Company and Philadelphia Indemnity Insurance Company.  Tokio Marine Holdings, Inc. is an insurance holding company organized under the Companies Act of Japan and is publicly traded on the Tokyo and Osaka Stock Exchanges.  No entity owns more than ten percent (10%) of Tokio Marine Holdings, Inc.'s stock.

Respectfully submitted this the 14th day of August, 2018.

> s/Scott M. Salter
> Scott M. Salter
> Bar Number: ASB-7168-R57S
> Attorney for Plaintiff
> STARNES DAVIS FLORIE LLP
> Seventh Floor
> 100 Brookwood Place
> Birmingham, Alabama, 35259
> Telephone: (205) 868-6000
> Fax: (205) 868-6099
> Email: ssalter@starneslaw.com

**DEFENDANTS SERVED BY CERTIFIED MAIL AS FOLLOWS:**

William C. Hulsey
Arlington Properties, Inc.
2 North 20th Street, Suite 700
Birmingham, AL 35203

William C. Hulsey
Arlington Properties, Inc.
2117 2nd Ave. North
Birmingham, AL 35203

Douglas V. Hale
Hillside Village, LLC
307 Clinton Ave, Suite 414
Huntsville, AL 35801

Douglas V. Hale
Twickenham Village, LLC
307 Clinton Ave, Suite 414
Huntsville, AL 35801

                                          s/Scott M. Salter
                                          Scott M. Salter
                                          Bar Number: ASB-7168-R57S
                                          Attorney for Plaintiff
                                          STARNES DAVIS FLORIE LLP
                                          Seventh Floor,
                                          100 Brookwood Place
                                          Birmingham, Alabama, 35259
                                          Telephone: (205) 868-6000
                                          Fax: (205) 868-6099
                                          Email: ssalter@starneslaw.com

{B2914728}